UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SHAWNA HUDSON,

          Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

NO.  CV-11-025-CI

**JUDGMENT IN A
CIVIL CASE**

**DECISION BY THE COURT:**

    This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that:

    Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.   Judgment is entered for Defendant.

    DATED: October 29, 2012

                        JAMES R. LARSEN
                        District Court Executive/Clerk

                        s/ L. Stejskal
                        Deputy Clerk